```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                               SEP 10 2025

                          CENTRAL DISTRICT OF CALIFORNIA
                          EASTERN DIVISION    BY DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**5:20-CR-00002-JGB-3**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| ROBERT ANTHONY Morales | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- ALLEGATION OF COMMISSION OF NEW OFFENSE ON SUPERVISION
- NO IDENTIFIED BAIL RESOURCES

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- NO IDENTIFIED BAIL RESOURCES

IT IS ORDERED that defendant be detained.

DATED: 9/10/25

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2